TERRY HARVEY, Plaintiff-Appellee, v. CHARLES SWEAT, Defendant-Appellant.

(No. 70-181; 

Third District—May 11, 1971.

Opinion by Mr. PRESIDING JUSTICE ALLOY.

W. J. Sturgeon, of Dixon, for appellant.

Walter D. Braud, of Rock Island, for appellee.